Mark Brnovich
Attorney General

Michael K. Goodwin, Bar # 014446
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa,<br><br>       Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>       Defendant. | Case No. CV17-03557-PHX-JAT<br><br>**STATE'S MOTION IN LIMINE NO. 4 RE: OTHER CASES AND INVESTIGATIONS** |

Defendant State of Arizona hereby moves to exclude all evidence of other cases and investigations involving allegations of discrimination harassment at the Arizona Department of Corrections (ADC). Such evidence is irrelevant and also inadmissible under FRE 403.

This is a Title VII action in which the Plaintiff claims he was subjected to discriminatory harassment. He also challenges the adequacy of ADC's investigation of his harassment complaints. During discovery, Plaintiff asked for and obtained information concerning other investigations of discrimination at ASPC-Lewis. In addition, though representation of other ADC employees in recent years, Plaintiff's counsel has acquired knowledge of other discrimination cases and investigations at ADC. It is anticipated that Plaintiff's counsel may attempt to question ADC witnesses about other cases or investigations.

1       Evidence concerning other cases and investigations should be excluded. The parties should focus their efforts on present evidence regarding the harassment allegations and investigation in this case. They should be permitted to offer evidence concerning how other cases have been handled in a general sense to explain how discrimination complaints are addressed. But the parties should not be permitted to inquire into or present evidence about other specific cases except for impeachment purposes.

      Evidence of other cases is irrelevant. Any conceivable relevance is far outweighed by the dangers of unfair prejudice, confusing the issues, misleading the jury, and wasting times. The presentation of evidence regarding other cases could turn into a series of mini-trials and create a risk of the jury basing its verdict on a case other than the one at hand. The evidence of other cases and investigations is thus inadmissible under FRE 403. All evidence and argument regarding cases and investigations other than the investigations of Plaintiff's complaints against Deem should be excluded.

      RESPECTFULLY SUBMITTED this 17th day of May, 2019.

                         Mark Brnovich
                         Attorney General

                         /s/ Michael K. Goodwin
                         Michael K. Goodwin
                         Assistant Attorney General
                         Attorneys for the State Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, this 17th day of May, 2019, to:

1  Stephen Montoya
   Montoya, Lucero & Pastor, P.A.
2  3200 North Central Avenue, Suite 2550
   Phoenix, AZ  85012
3  stephen@montoyalawgroup.com
   Attorney for Defendant
4

5
   /s/ Deb Czajkowski
6  #7909826

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28