Mark Brnovich
Attorney General

Michael K. Goodwin, Bar # 014446
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:   (602) 542-7674
Facsimile:    (602) 542-7644
Michael.Goodwin@azag.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>    Defendant. | Case No. CV17-03557-PHX-JAT<br><br>**STATE'S MOTION IN LIMINE NO. 5 RE: UNCHARGED CONDUCT** |

Defendant State of Arizona hereby moves to exclude all evidence of discriminatory, harassing, or other improper conduct other than what is in Plaintiff's EEOC charge.  Such evidence is inadmissible under FRE 402 and 403 for many of the same reasons as the dismissed claims discussed in Motion in Limine No. 1.

As the Court has previously recognized, the Court's jurisdiction in a Title VII action is limited to claims that were presented to the EEOC.  The Court has dismissed several of Plaintiff's claims that were not within the scope of his EEOC charge.  But Plaintiff complained about several others—Ramos, Isom, Brown, and Salas, to name a few.  Like the claims against Barreras and Hibbard, those allegations were never presented to the EEOC.  Plaintiff did not raise them at the summary judgment stage, but he has raised them before and may attempt to do so at trial.

Evidence of uncharged conduct—defined here as discriminatory conduct not included the EEOC charge—is irrelevant.  Any conceivable probative value is also

substantially outweighed by the danger of confusing the issues, misleading the jury, undue delay, and wasting time. Consequently, the evidence is inadmissible under FRE 403 and should be excluded.

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

Mark Brnovich
Attorney General

/s/ Michael K. Goodwin
Michael K. Goodwin
Assistant Attorney General
Attorneys for the State Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, this 17th day of May, 2019, to:

Stephen Montoya
Montoya, Lucero & Pastor, P.A.
3200 North Central Avenue, Suite 2550
Phoenix, AZ  85012
stephen@montoyalawgroup.com
Attorney for Defendant

/s/ Michael Goodwin
#7909881