1  Mark Brnovich
   Attorney General
2
   Michael K. Goodwin, Bar # 014446
3  Assistant Attorney General
   2005 N. Central Avenue
4  Phoenix, Arizona 85004-1592
   Telephone:  (602) 542-7674
5  Facsimile:   (602) 542-7644
   Michael.Goodwin@azag.gov
6
   Attorneys for Defendant
7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF ARIZONA**

10
   Hector Villa,
11                                              Case No. CV17-03557-PHX-JAT
            Plaintiff,
12                                              **STATE'S MOTION IN LIMINE NO. 6
   v.                                           RE: INMATE COMMUNICATIONS
13                                              AND CONDUCT**
   State of Arizona,
14
            Defendant.
15

16      Defendant State of Arizona hereby moves to preclude Plaintiff from testifying
17 about inmate communications and conduct that he saw or heard during his employment
18 at the Arizona Department of Corrections.  Such evidence is irrelevant.
19      This is a Title VII action in which the Plaintiff claims he was subjected to
20 discriminatory harassment by a co-worker.  Plaintiff has also been known to complain at
21 times about inmates—about things they have said or done to one another, to other
22 officers, and to him.  It is anticipated that Plaintiff may present evidence at trial
23 concerning statements made or other conduct by inmates.
24      This case involves allegations of harassing conduct by an employee, Officer
25 Deem.  Evidence of inmate conduct or misconduct is completely irrelevant.  Plaintiff
26 should be precluded from offering evidence or argument regarding inmate
27 communications and conduct.
28

RESPECTFULLY SUBMITTED this 17th day of May, 2019.

          Mark Brnovich
          Attorney General


          /s/ Michael K. Goodwin
          Michael K. Goodwin
          Assistant Attorney General
          Attorneys for the State Defendants


I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, this 17th day of May, 2019, to:

Stephen Montoya
Montoya, Lucero & Pastor, P.A.
3200 North Central Avenue, Suite 2550
Phoenix, AZ  85012
stephen@montoyalawgroup.com
Attorney for Defendant


/s/ Michael Goodwin
#7909891