Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa, | No. CV 17-03557-PHX-JAT |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 1 RE: MATTERS ALREADY DECIDED** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

Plaintiff does not oppose Defendant's Motion in Limine No. 1, but reserves his right to revisit this issue at trial in the event that Defendant "opens the door" to any of the factual issues addressed in the Motion.

Respectfully submitted this 31st day of May 2019.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on May 31, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Michael K. Goodwin
Kirstin A. Story
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

/s/ Stephen Montoya