Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa, | No. CV 17-03557-PHX-JAT |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 4 RE: OTHER CASES AND INVESTIGATIONS** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

     Plaintiff does <u>not</u> oppose Defendant's <u>Motion in Limine No. 4</u>, but reserves his right to revisit this issue at trial in the event that Defendant "opens the door" to any of the factual issues addressed in the <u>Motion</u>.

Respectfully submitted this 31st day of May 2019.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on May 31, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Michael K. Goodwin
Kirstin A. Story
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

_/s/ Stephen Montoya_