Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa, | No. CV 17-03557-PHX-JAT |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 6 RE: INMATE COMMUNICATIONS AND CONDUCT** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

In its Order of April 25, 2019 denying Defendant's Motion for Summary Judgment on Plaintiff's retaliation claim, the Court stated that:

> Plaintiff alleges that Deem harassed him in retaliation for filing the September 25, 2014 complaint against him by calling him a "paper dropper," a "snitch," "gay," a "chomo," and a "liar."
> . . . .
> Further, Plaintiff claims that he became concerned for his physical safety as a result of Deem's slurs. Specifically, Plaintiff avers that inmates told him that they heard he was a "chomo," a "paper dropper," and a "snitch," causing Plaintiff to fear that he would be physically assaulted based on these accusations.

See Order of April 25, 2019, p. 40, lines 7-9; p. 41, lines 8-11, Clerk's Docket No. 49. In addition, in his Statement of Facts opposing Defendant's Motion for Summary Judgment, Plaintiff stated (and the Court acknowledged) that being called these slurs endangered his

physical safety with the inmates because inmates often assault "snitches" and that an inmate told him, "I heard from Deem that you're a faggot" as the inmate "pulled his pants down" to "expose" himself and told Villa "look my ass is hairy" and "if Deem does it, then it's okay for me to do it." See Plaintiff's Statement of Facts, ¶¶ 133-135, Clerk's Docket No. 42.

Defendant's Motion in Limine No. 6 ignores this Court's Order by seeking to exclude all inmate "communications and conduct," when (as indicated above) the Court already specifically found that such conduct was relevant to Plaintiff's retaliation claim. See Order of April 25, 2019, p. 40, lines 8-11, citing Black v. City & Cty. of Honolulu, 112 F. Supp. 2d 1041, 1052 (D. Haw. 2000) (finding a genuine issue of material fact as to whether alleged acts of harassment of female employee after she filed sexual harassment charges against male supervisor changed conditions of her employment where evidence reflected that employee feared for her and her children's safety because of the alleged retaliation).

Accordingly, Defendant's Motion in Limine No. 6 should be denied.

Respectfully submitted this 31st day of May 2019.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

I hereby certify that on May 31, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Michael K. Goodwin
Kirstin A. Story
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

*/s/ Stephen Montoya*