Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona,<br><br>Defendant. | No. CV 17-03557-PHX-JAT<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 5 RE: UNCHARGED CONDUCT** |

Defendant's Motion in Limine No. 5 (at p. 1, lines 16-17) seeks to exclude "all evidence of discriminatory, harassing, or other improper conduct other than what is in Plaintiff's EEOC Charge."  (Emphasis added.)

As the Court is aware, in its Order of April 25, 2019 denying summary judgment on Plaintiff's discrimination and retaliation claims against ADOC arising from the conduct of Correctional Officer Deem, at pp. 12-28, the Court carefully analyzed this issue and concluded that Plaintiff was entitled to pursue any claims "like or reasonably related" to the allegations contained in his Charge of Discrimination.

Of course, not all of the facts supporting Plaintiff's claims are specified in his Charge of Discrimination.  Nor need they be, as the Court acknowledged at pp. 12-14 of its Order.  Based on its sweeping language, Defendant's Motion in Limine No. 5 consequently purports to limit the evidence in a manner potentially inconsistent with this Court's Order.

Accordingly, because Defendant's Motion in Limine No. 5 is potentially over-broad

and inconsistent with this Court's <u>Order</u>, the <u>Motion</u> should be denied and the issues raised in the <u>Motion</u> should be dealt with during the ordinary course of the submission of evidence at trial.

                       Respectfully submitted this 31st day of May 2019.

                       **MONTOYA, LUCERO & PASTOR, P.A.**

                       _____
                       Stephen Montoya
                       3200 North Central Avenue, Suite 2550
                       Phoenix, Arizona 85012
                       Attorney for Plaintiff

I hereby certify that on May 31, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Michael K. Goodwin
Kirstin A. Story
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

