Mark Brnovich
Attorney General
Firm State Bar No. 14000

Michael K. Goodwin, Bar No. 014446
Kirstin A. Story, Bar No. 023485
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, AZ  85004-1592
Telephone:    (602) 542-7674
                       (602) 542-7687
Facsimile: (602) 542-7644
Michael.Goodwin@azag.gov
Kirstin.Story@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hector Villa, | Case No:  CV17-03557-PHX-JAT |
| Plaintiff, | **PROPOSED JOINT STATEMENT OF THE CASE** |
| vs. | |
| State of Arizona, | |
| Defendant. | |

The parties agree the following statement may be read to prospective jurors:

This is an employment case.  The plaintiff, Hector Villa, worked for the Arizona Department of Corrections at the Lewis Prison.  Mr. Villa is Mexican-American.  He alleges that one of his co-workers made insulting and harassing comments to him, such as calling him "wetback," the "N-word," and saying he was going to call immigration authorities.  He also alleges that he complained to the Department and that the Department did not do enough to stop it.  The Department contends that it has policies and procedures in place to prevent and address harassment by employees.  The Department further contends that after Mr. Villa complained, it responded reasonably by

1  moving the coworker away and by investigating the complaint, but it was unable to
2  substantiate the harassment allegations.
3      Respectfully submitted this 7th day of June, 2019.

| Montoya, Lucero & Pastor, P.A. | Mark Brnovich<br>Attorney General |
|---|---|
| /s/ Stephen Montoya w/ permission<br>Stephen Montoya<br>3200 North Central Avenue<br>Suite 2550<br>Phoenix, Arizona 85012<br>Attorney for Plaintiff | s/ Michael K. Goodwin<br>Michael K. Goodwin<br>Kirstin A. Story<br>Assistant Attorney General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Attorneys for Defendant |

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, this 7th day of June, 2019, to:

Stephen Montoya
Montoya, Lucero & Pastor, P.A.
3200 North Central Avenue
Suite 2550
Phoenix, AZ  85012
Attorney for Plaintiff


/s/ Deb Czajkowski
#7955124