Mark Brnovich
Attorney General

Michael K. Goodwin, Bar # 014446
Kirstin A. Story, Bar #023485
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
                        (602) 542-7687
Facsimile:   (602) 542-7644
Michael.Goodwin@azag.gov
Kirstin.Story@azag.gov

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hector Villa,<br><br>               Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>               Defendant. | Case No. CV17-03557-PHX-JAT<br><br>**DEFENDANT'S NOTICE OF ERRATA** |

Notice is hereby given that the Joint Proposed Pretrial Order (doc. 73) contains an error in the name of one witness.  Jacqueline Smith, listed on page 10 as a witness who may be called by Defendant, should be listed as Jacqueline <u>Hill</u>.

Accordingly, "Smith" should be "Hill" on page 10, lines 8 and 12.  Also, "he" should be "she" on page 10, lines 12 and 16.

The error in the Joint Pretrial resulted in Jacqueline Hill being incorrectly named in the Joint List of Witnesses.  (Doc. 68.)  Defendant will file an Amended List that gives her correct name.

/ / /

/ / /

Respectfully submitted this 18th day of June, 2019.

    Mark Brnovich
    Attorney General

    /s/ Michael K. Goodwin
    Michael K. Goodwin
    Assistant Attorney General
    Attorneys for the State Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, this 18th day of June, 2019, to:

Stephen Montoya
Montoya, Lucero & Pastor, P.A.
3200 North Central Avenue
Suite 2550
Phoenix, AZ  85012
Attorney for Defendant

/s/ Deb Czajkowski
#7980181