Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com
Attorney for Plaintiff

Mark Brnovich
Attorney General
Michael K. Goodwin, Bar # 014446
Kirstin A. Story, Bar #023485
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone:  (602) 542-7674
            (602) 542-7687
Facsimile:  (602) 542-7644
Michael.Goodwin@azag.gov
Kirstin.Story@azag.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hector Villa,<br><br>          Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>          Defendant. | Case No. CV17-03557-PHX-JAT<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2, Plaintiff and Defendant hereby give notice that they have reached a settlement. The parties are finalizing the settlement and a stipulation of dismissal is in the works.

Respectfully submitted this 11th day of July, 2019.

| MONTOYA, LUCERO & PASTOR, P.A. | Mark Brnovich<br>Attorney General |
|---|---|
| /s/ Stephen Montoya w/ permission<br>Stephen Montoya<br>Attorney for Plaintiff | /s/ Michael K. Goodwin<br>Michael K. Goodwin<br>Assistant Attorney General<br>Attorneys for the State Defendant |

| | |
|---|---|
| 1 | I certify that I electronically transmitted the attached document |
| 2 | to the Clerk's Office using the CM/ECF System for filing and |
| 3 | transmittal of a Notice of Electronic Filing to the following CM/ECF |
| 4 | registrant, this 11th day of July, 2019, to: |
| 5 | |
| 6 | Stephen Montoya<br>Montoya, Lucero & Pastor, P.A. |
| 7 | 3200 North Central Avenue<br>Suite 2550 |
| 8 | Phoenix, AZ  85012<br>Attorney for Plaintiff |
| 9 | |
| 10 | /s/ Deb Czajkowski<br>#8031171 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |