Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

Mark Brnovich
Attorney General

Michael K. Goodwin (#014446)
Kirstin A. Story (#023485)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
602-542-7674 (telephone)
602-542-7644 (fax)
Michael.goodwin@azag.gov

Attorneys for Defendant

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Hector Villa,

Plaintiff,

vs.

State of Arizona,

Defendant.

No. CV 17-03557-PHX-JAT

**JOINT NOTICE REGARDING SETTLEMENT**

In response to this Court's Order of today, Clerk's Docket No. 82, the parties inform the Court that they now have a written, enforceable Settlement Agreement.

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

Respectfully submitted this 12th day of July 2019.

**MONTOYA, LUCERO & PASTOR, P.A.**

Stephen Montoya
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
Attorney for Plaintiff

**MARK BRNOVICH**
**Attorney General**

s/ Michael K. Goodwin (with permission)
Michael K. Goodwin
Kirstin A. Story
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004

I hereby certify that on July 12, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Michael K. Goodwin
Kirstin A. Story
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

