# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Villa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendant. | No. CV-17-03557-PHX-JAT<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties (Doc. 81) and the supplement filed thereafter (Doc. 83) confirming that the parties have finalized, and fully executed, a settlement agreement,

**IT IS ORDERED** that this case is dismissed, with prejudice, with each party to bear their own respective attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the trial set for July 15, 2019 is vacated.

**IT IS FINALLY ORDERED** that the Court will retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement if necessary and otherwise appropriate.

Dated this 12th day of July, 2019.

James A. Teilborg
Senior United States District Judge